**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**BOBBIE JACKSON, IV,**

**Plaintiff,**

**v.** **Case No. 3:26-cv-4964-AW-ZCB**

**DANIELLE PARKER, et al.,**

**Defendants.**

_______________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

I have considered the magistrate judge's report and recommendation, ECF No. 4, to which there has been no objection. I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

The motion for leave to proceed *in forma pauperis*, ECF No. 2, is DENIED as moot.

SO ORDERED on October 20, 2026.

s/ *Allen Winsor*
Chief United States District Judge